Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4236
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY NAIMAN and MICHELE DERNAY, individually and on behalf of all Others similarly situated, | Case No. 2:21-cv-01630-TLN-JDP |
| Plaintiffs, | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| CALIFORNIA RENEWABLE ENERGY PROGRAM, LLC, | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.  A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted November 10, 2021

By:  /s/ Todd M. Friedman
     Todd M. Friedman
     Attorney for Plaintiff


By:  /s/ Kurt D. Hendrickson
     Kurt D. Hendrickson
     Attorney For Defendant

# CERTIFICATE OF SERVICE

Filed electronically on November 10, 2021 with:

United States District Court CM/ECF system

Notification sent electronically on November 10, 2021 to:

To the Honorable Court, all parties and their Counsel of Record

<pre>
                            s/ Todd M. Friedman
                            Todd M. Friedman
                            Attorney for Plaintiff
</pre>